IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GILBERT DE LA CRUZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 3:15-cv-01096-P |
| SAFECO INSURANCE COMPANY | § | |
| OF INDIANA and GIAN FIGARO, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO DISMISS
## DEFENDANT GIAN FIGARO FOR IMPROPER JOINDER

For the same reasons articulated in Defendants' Notice of Removal [Doc. 1] as to why this case should be removed to this Court, so too should Plaintifff's claims against Figaro be dismissed in their entirety as a matter of law upon removal.  Accordingly, Defendants hereby file this *Motion to Dismiss Defendant Gian Figaro for Improper Joinder* (the "Motion")[1] and in support of the Motion respectfully show the Court as follows:

As shown in Defendants' Notice of Removal, this case is properly removable to this Court based upon complete diversity between the properly joined parties – *i.e.*, Plaintiff and Safeco.  In fact, upon removal, diversity jurisdiction will be established as a matter of law and the failure to dismiss Davis would defeat that jurisdiction.  For that reason alone – in addition to the arguments contained in Defendants' accompanying Brief in Support – Plaintiff's claims against Davis should be dismissed in their entirety.

---

[1] In accordance with the Local Rules, Defendants filed a Brief in Support of the Motion [Doc. 2].

**DEFENDANTS' MOTION TO DISMISS DEFENDANT GIAN FIGARO FOR IMPROPER
JOINDER                                                                                                           PAGE 1**

# I.
# REQUEST FOR RELIEF

Based on the foregoing, Defendants Safeco Insurance Company of Indiana and Gian Figaro respectfully request that Plaintiff's claims against Defendant Gian Figaro be dismissed in their entirety. Defendants further request all such other and further relief to which they may be justly entitled.

                Respectfully submitted,

                */s/ Mark D. Tillman*
                MARK D. TILLMAN
                State Bar No. 00794742
                COLIN BATCHELOR
                State Bar No. 24043545
                DANIEL C. SCOTT
                State Bar No. 24051316

                **TILLMAN BATCHELOR LLP**
                1320 Greenway Drive, Suite 830
                Irving, Texas 75038
                Telephone: (214) 492-5720
                Facsimile: (214) 492-5721
                Email:  mark.tillman@tb-llp.com
                          colin.batchelor@tb-llp.com
                          dan.scott@tb-llp.com

                **ATTORNEYS FOR DEFENDANTS**
                **SAFECO INSURANCE COMPANY**
                **OF INDIANA AND GIAN FIGARO**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of **Defendants' Motoin to Dismiss Defendant Gian Figaro for Improper Joinder** has been forwarded to Plaintiff's counsel of record, as identified below, via electronic means and/or facsimile, on the 10th day of April 2015 in accordance with the Federal Rules of Civil Procedure.

Richard D. Daly
TBA 00796429
John Scott Black
TBA 24012292
Ana M. Ene
TBA No. 24076368
William X. King
TBA 24072496

DALY & BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405 (Telephone)
(713) 655-1587 (Facsimile)
rdaly@dalyblack.com
jblack@dalyblack.com
aene@dalyblack.com
wking@dalyblack.com

                                        */s/ Mark D. Tillman*
                                        MARK D. TILLMAN